**UNITED STATES DISTRICT COURT**

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BEATRIZ VERONICA WINTERTON,<br><br>   Plaintiff,<br><br> v.<br><br>CAROLYN W. COLVIN,<br>Acting Commissioner Of Social Security,<br><br>   Defendant. | Case No. 1:16-cv-00555-SMS<br><br>ORDER DENYING APPLICATION<br>TO PROCEED *IN FORMA PAUPERIS*<br>WITH LEAVE TO AMEND<br><br><br>(Doc. 2) |

By motion filed April 19, 2016, Plaintiff Beatriz Veronica Winterton, by her attorney, Monica Perales, seeks to proceed *in forma pauperis*. Plaintiff submitted an application which is unclear and incomplete. On the application, Plaintiff was to provide information concerning her employment, if she is currently employed. Plaintiff indicated she was currently employed but instead provided information about her last employment. Additionally, Plaintiff did not respond to the question about whether she has any cash or checking or savings accounts. Absent complete information[1] regarding Plaintiff's financial situation, the Court cannot evaluate whether Plaintiff is sufficiently impoverished to justify proceeding without paying the filing fee for her lawsuit.

Accordingly, the Court DENIES Plaintiff's motion to proceed *in forma pauperis*. Plaintiff shall either submit an amended and complete application to proceed *in forma pauperis* or pay the filing fee to the Clerk of the Court within thirty (30) days of this order. If Plaintiff does not pay the

---

[1] The Court notes that Plaintiff did not include the case number in the caption of her application. If Plaintiff elects to submit an amended application, as this order permits her to do, she must provide complete case information in the caption of the application.

1 filing fee or submit an amended application, the Court shall dismiss the case for lack of prosecution
2 without further notice.

4 IT IS SO ORDERED.

6    Dated:   **April 21, 2016**         **/s/ Sandra M. Snyder**
                                                   UNITED STATES MAGISTRATE JUDGE