PHILLIP A. TALBERT
United States Attorney
DEBORAH LEE STACHEL – CSBN 230138
Regional Chief Counsel, Region IX
Social Security Administration
RICHARD M. RODRIGUEZ
Special Assistant United States Attorney
    160 Spear Street, Suite 800
    San Francisco, California 94105
    Telephone: (415) 977-8926
    Facsimile: (415) 744-0134
    E-Mail: Richard.Rodriguez@ssa.gov

Attorneys for Defendant

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

**FRESNO DIVISION**

| | |
|---|---|
| BEATRIZ VERONICA WINTERTON, | Case No: 1:16-CV-00555-GSA |
| Plaintiff, | STIPULATION AND ORDER TO EXTEND TIME |
| vs. | |
| CAROLYN W. COLVIIN, Acting Commissioner of the Social Security Administration, | FIRST REQUEST |
| Defendant. | |

    The parties, through their respective counsel, stipulate the time for filing of defendant's opposition to plaintiff's opening brief be extended from January 17, 2017, to January 31, 2017.

    This is defendant's first request for an extension of time to file a response to Plaintiff's opening brief.  Defendant needs the additional time to further review the file in light of the issues raised by Plaintiff in her opening brief; an unusually heavy work load where the undersigned has five briefs due in the next seven days, two on January 17, 2017, a transcript to review, and answer to prepare, and five administrative matters with approaching due dates.

\\\

Stipulation and Order for Extension of Time

1:16-CV-00555-GSA                                                       1

The scheduling order shall be extended accordingly.  The undersigned This request is made in good faith without any intention to unduly delay the litigation of this case.  apologizes to this Court, Plaintiff, and his counsel for any inconvenience caused by this request.

                                      Respectfully submitted,

Dated: January 11, 2017          PHILLIP A. TALBERT
                                        United States Attorney
                                        DEBORAH LEE STACHEL,
                                        Regional Chief Counsel, Region IX
                                        Social Security Administration

                           By:    */s/Richard M. Rodriguez*
                                        RICHARD M. RODRIGUEZ
                                        Special Assistant U.S. Attorney

                                        Attorneys for Defendant


Dated: January 11, 2017          */s/Monica Perales*
                                        As authorized by email on 1/11/2017
                                        MONICA PERALES
                                        Attorney for Plaintiff


                                      **ORDER**

The Defendant shall file its Opposition no later than **January 31, 2017**.  Any Reply shall be filed within 15 days of the filing of the Opposition.


IT IS SO ORDERED.

    Dated:   **January 12, 2017**               **/s/ Gary S. Austin**
                                                      UNITED STATES MAGISTRATE JUDGE

Stipulation and Order for Extension of Time

1:16-CV-00555-GSA                                                                                         2