Monica Perales
Attorney at Law: 297739
Law Offices of Lawrence D. Rohlfing
12631 East Imperial Highway, Suite C-115
Santa Fe Springs, CA 90670
Tel.: (562) 868-5886
Fax: (562) 868-8868
E-mail: rohlfing.office@rohlfinglaw.com

Attorneys for Plaintiff
Beatriz Veronica Winterton

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BEATRIZ VERONICA WINTERTON,<br><br>Plaintiff,<br><br>vs.<br><br>NANCY A. BERRYHILL, Acting Commissioner of Social Security,<br><br>Defendant. | Case No.: 1:16-cv-00555-GSA<br><br>STIPULATION AND ORDER FOR THE AWARD AND PAYMENT OF ATTORNEY FEES AND EXPENSES PURSUANT TO THE EQUAL ACCESS TO JUSTICE ACT, 28 U.S.C. § 2412(d) |

TO THE HONORABLE GARY S. AUSTIN, MAGISTRATE JUDGE OF THE DISTRICT COURT:

IT IS HEREBY STIPULATED, by and between the parties through their undersigned counsel, subject to the approval of the Court, that Beatriz Veronica Winterton be awarded attorney fees and expenses in the amount of four thousand three hundred and twenty five dollars ($4,325.00) under the Equal Access to Justice Act (EAJA), 28 U.S.C. § 2412(d), and costs in the amount of zero dollars ($0.00) under 28 U.S.C. § 1920. This amount represents compensation for all legal

services rendered on behalf of Plaintiff by counsel in connection with this civil action, in accordance with 28 U.S.C. §§ 1920; 2412(d).

After the Court issues an order for EAJA fees to Beatriz Veronica Winterton, the government will consider the matter of Beatriz Veronica Winterton's assignment of EAJA fees to Monica Perales. The retainer agreement containing the assignment is attached as exhibit 1. Pursuant to *Astrue v. Ratliff*, 130 S.Ct. 2521, 2529 (2010), the ability to honor the assignment will depend on whether the fees are subject to any offset allowed under the United States Department of the Treasury's Offset Program. After the order for EAJA fees is entered, the government will determine whether they are subject to any offset.

Fees shall be made payable to Beatriz Veronica Winterton, but if the Department of the Treasury determines that Beatriz Veronica Winterton does not owe a federal debt, then the government shall cause the payment of fees, expenses and costs to be made directly to Law Offices of Lawrence D. Rohlfing, pursuant to the assignment executed by Beatriz Veronica Winterton.[1] Any payments made shall be delivered to Monica Perales.

This stipulation constitutes a compromise settlement of Beatriz Veronica Winterton's request for EAJA attorney fees, and does not constitute an admission of liability on the part of Defendant under the EAJA or otherwise. Payment of the agreed amount shall constitute a complete release from, and bar to, any and all claims that Beatriz Veronica Winterton and/or Monica Perales including Law Offices of Lawrence D. Rohlfing may have relating to EAJA attorney fees in connection with this action.

---

[1] The parties do not stipulate whether counsel for the plaintiff has a cognizable lien under federal law against the recovery of EAJA fees that survives the Treasury Offset Program.

| | |
|---|---|
| 1 | This award is without prejudice to the rights of Monica Perales and/or the |
| 2 | Law Offices of Lawrence D. Rohlfing to seek Social Security Act attorney fees |
| 3 | under 42 U.S.C. § 406(b), subject to the savings clause provisions of the EAJA. |

DATE: September 19, 2017     Respectfully submitted,

LAW OFFICES OF LAWRENCE D. ROHLFING

/s/ *Monica Perales*
BY: _____
Monica Perales
Attorney for plaintiff Beatriz Veronica Winterton

DATED:

PHILLIP A. TALBERT
United States Attorney
DEBORAH LEE STACHEL
Regional Chief Counsel, Region IX
Social Security Administration

/s/ *Richard Rodriguez*
_____
RICHARD RODRIGUEZ
Special Assistant United States Attorney
Attorneys for Defendant
NANCY A. BERRYHILL, Acting Commissioner
of Social Security (Per e-mail authorization)

///
///
///
///
///
///
///
///
///

**ORDER**

Plaintiff shall be awarded attorney fees and expenses in the amount of four thousand three hundred and twenty five dollars ($4,325.00) under the Equal Access to Justice Act (EAJA), 28 U.S.C. § 2412(d).  Payment shall be made pursuant to *Astrue v. Ratliff*, 130 S.Ct. 2521, 2529 (2010), and in accordance with the terms outlined in the above stipulation.


IT IS SO ORDERED.

    Dated: __**September 27, 2017**__             _____**/s/ Gary S. Austin**_____
                                                                   UNITED STATES MAGISTRATE JUDGE